# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ST. ANTHONY PHILLIPS,<br><br>    Plaintiff,<br><br>    v.<br><br>SACRAMENTO DEPARTMENT OF CHILD SUPPORT SERVICES, et al.,<br><br>    Defendant. | Case No. 1:24-cv-00598-KES-SAB<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 2) |

Plaintiff Michael St. Anthony Phillips filed a complaint on May 20, 2024, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Plaintiff's application demonstrates entitlement to proceed without prepayment of fees. Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

IT IS SO ORDERED.

Dated:  **May 21, 2024**

UNITED STATES MAGISTRATE JUDGE

1