# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ST. ANTHONY PHILLIPS,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO DEPARTMENT OF CHILD SUPPORT SERVICES, et al.,<br><br>Defendants. | Case No. 1:24-cv-00598-KES-SAB<br><br>ORDER STRIKING ANSWER TO PLAINTIFF'S COMPLAINT<br><br>(ECF No. 4) |

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed a complaint in this action on May 20, 2024. (ECF No. 1.) In the Court's order on May 21, 2024 granting Plaintiff's application to proceed *in forma pauperis*, the Court ordered that service shall not be undertaken until the Court screens the complaint in due course and issues its screening order. (ECF No. 3 at 1.) Plaintiff's complaint is currently pending a screening order from the Court.

On June 26, 2024, the Court received a document entitled "answer to complaint" from an individual who Plaintiff named as a defendant in his complaint, Rebekah Phillips. (ECF No. 4.) No summonses have been issued in this action directing any defendant to appear. See Fed. Rule. Civ. P. 4(a)(1) (a summons must, inter alia, be signed by the Clerk, bear the Court's seal, and state the time within which the defendant must appear and defend).

It thus appears Plaintiff served his complaint prior to the Court's screening order and

1

without summonses issued by the Clerk.  Pursuant to this Court's order, service was not to be undertaken until this Court issued a screening order and authorized service.  (ECF No. 3.)  No summons has been issued by the Clerk and no defendant has been ordered to appear in this action.  The Court shall therefore strike the document entitled "answer to complaint."  (ECF No. 4).

Plaintiff is reminded he must be familiar with the Federal Rules of Civil Procedure and comply with Court orders when litigating this action.

Accordingly, IT IS HEREBY ORDERED that the document entitled "answer to complaint" (ECF No. 4) filed by Rebekah Phillips prior to the Court's screening order is STRICKEN from the record.

IT IS SO ORDERED.

Dated:  **June 27, 2024**

UNITED STATES MAGISTRATE JUDGE

2