UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ST. ANTHONY PHILLIPS,<br><br>Plaintiff,<br><br>v.<br><br>SACRAMENTO DEPARTMENT OF CHILD SUPPORT SERVICES, et al.,<br><br>Defendants. | Case No. 1:24-cv-00598-KES-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DISMISS ACTION FOR FAILURE TO STATE A CLAIM, FAILURE TO PROSECUTE, AND FAILURE TO OBEY COURT ORDERS<br><br>Doc. 7 |

Plaintiff Michael St. Anthony Phillips is proceeding pro se and in forma pauperis in this action filed on May 20, 2024. Doc. 1. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

On July 18, 2024, the assigned magistrate judge screened plaintiff's complaint and granted him leave to amend in order to cure the identified deficiencies. Doc. 6. Plaintiff failed to file a first amended complaint within the thirty-day deadline. On August 23, 2024, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's complaint be dismissed without prejudice for failure to state a claim, failure to prosecute, and failure to comply with a court order. Doc. 7. The findings and recommendations were served on plaintiff and contained notice that objections were to be filed within fourteen days. *Id.* at 10. Plaintiff was also informed that failure to file objections within the specified time may result in the waiver of rights

1

on appeal. *Id.* (quoting W*ilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014)). No objections have been filed and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the matter, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on August 23, 2024, Doc. 7, are adopted in full;
2. This action is dismissed without prejudice; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: January 16, 2025

UNITED STATES DISTRICT JUDGE

2